[No. 4099–2–III.   Division Three.   July 16, 1981.]

*In the Matter of the Marriage of* GARY M. ONYETT,
*Respondent, and* CHARLYNN A. ONYETT,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–00722–1, William J. Grant, J., entered July 3, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 8555–7–I.   Division One.   July 20, 1981.]

NORTHWESTERN COMMERCIAL BANK, *Appellant,* v. RICHARD
H. TERREL, ET AL, *Defendants,* ERNEST RODRIQUEZ,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 57328, Jack S. Kurtz, J., entered January 22, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Andersen, J.

[No. 7942–5–I.   Division One.   July 20, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN
BARBER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90633, Barbara J. Rothstein, J., entered August 20, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.